UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DEBORAH ACOSTA,

        Plaintiff,

v.                                                                          Case No. 19-2420-JWB

ALLEGION, PLC,

        Defendant.

## AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 25) to amend the scheduling order filed on January 15, 2020 (ECF No. 17). For good cause shown, the motion is granted and the scheduling order is amended as follows:

a. All discovery shall be commenced or served in time to be completed by **December 15, 2020.**

b. The final pretrial conference is rescheduled from November 2, 2020, to **January 4, 2021, at 11:00 a.m.**, by telephone. All parties participating in this phone conference are directed to dial the conference center line, 888-363-4749, and use access code 8914911 to join the conference. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **December 22, 2020**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on

1

the court's website (*www.ksd.uscourts.gov*).

c.      The deadline for filing all other potentially dispositive motions is now **February 1, 2021.**

d.      Based on the preferences of presiding U.S. District Judge John W. Broomes, the August 2, 2021 trial date is terminated.  The trial date will be reset at the pretrial conference.

All other provisions of the original scheduling order shall remain in effect.  The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated September 24, 2020, at Kansas City, Kansas.

    s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge